## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

VIP CINEMA HOLDINGS, INC., *et al.*,[1]

                                              Debtors.

Chapter 11

Case No. 20-10345 (MFW)

(Joint Administration Requested)

### NOTICE OF FILING OF AMENDED LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

PLEASE TAKE NOTICE that, on February 18, 2020, the above-captioned debtors and debtors in possession filed the Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and are Not Insiders.

PLEASE TAKE FURTHER NOTICE that, attached hereto as Exhibit A is the Amended Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and are Not Insiders, which has been amended solely to add additional contact information regarding the parties listed thereupon.

---

[1]    The Debtors in these chapter 11 cases, for which joint administration has been requested, along with the last four digits of their federal tax identification numbers, are as follows:  VIP Cinema Holdings, Inc. (2049); HIG Cinema Intermediate Holdings, Inc. (4710); VIP Components, LLC (4648); VIP Cinema, LLC (7167); and VIP Property Management II, LLC (1421).

Dated: February 18, 2020
        Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Daniel N. Brogan*
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
      dbrogan@bayardlaw.com
      gflasser@bayardlaw.com

- and -

**ROPES & GRAY LLP**
Gregg M. Galardi (No. 2991)
Cristine Pirro Schwarzman (*pro hac vice*
pending)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: gregg.galardi@ropesgray.com
      cristine.schwarzman@ropesgray.com

*Proposed Counsel for the Debtors and Debtors
in Possession*