# Exhibit A

| Debtor name | VIP Cinema Holdings, Inc. |
|---|---|

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

Case No. (If known)   20-10345

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Oaktree Capital Management, LP<br>1301 Ave of the Americas, 34th Fl<br>New York, NY 10019 | Oaktree Capital Management, LP<br>Tel: 213 830-6300 / 312-605-1009<br>Email: samuel.buhler@cortlandglobal.com | Secured Second Lien Term Loan | | | | $45,000,000.00<br>*Principal Outstanding |
| 2 | Regal Cinemas, Inc<br>101 E Blount Ave<br>Knoxville, TN 37920 | Regal Cinemas, Inc<br>Tel: 865-925-9453 / 615 252-2365<br>Email: PSales@bradley.com | Litigation | Contingent, Unliquidated & Disputed | | | $898,840.54 |
| 3 | Super Sagless<br>2071 S Green St<br>Tupelo, MS 38804 | Super Sagless<br>Tel: 662-842-5704<br>Email: cari.sweeney@leggett.com | Trade Debts | | | | $304,779.44 |
| 4 | Limoss US, LLC<br>964 Hwy 45 N<br>Baldwyn, MS 38824 | Limoss US, LLC<br>Tel: 662-365-2200<br>Email: vm@limoss-us.com | Trade Debts | | | | $225,818.34 |
| 5 | Gum Tree Fabrics<br>P.O. Box 7278<br>Tupelo, MS 38802 | Gum Tree Fabrics<br>Tel: 662-844-9329<br>Email: rking@gumtreefabrics.com | Trade Debts | | | | $225,463.43 |
| 6 | DHL Global Forwarding<br>19120 Kenswick Dr<br>Humble, TX 77338 | DHL Global Forwarding<br>Tel: 281-964-2500 / 651-406-4313<br>Fax: 651-675-2560<br>Email: mjedwards@dhl.com | Trade Debts | | | | $129,465.51 |

**Debtor name** VIP Cinema Holdings, Inc.    **Case No. (If known)** 20-10345

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Southeastern Lumber Inc<br>433 County Farm Rd<br>Waynesboro, MS 39367 | Southeastern Lumber Inc<br>Tel: 601-735-4901<br>Fax: 601-735-9154 | Trade Debts | | | | $125,729.98 |
| 8  Carpenter Co<br>184 Lipford Ave<br>Verona, MS 38879 | Carpenter Co<br>Tel: 888-835-9228 Ext 2644<br>Email: susie.gillespie@carpenter.com | Trade Debts | | | | $90,057.29 |
| 9  Sunrise Technologies<br>525 Vine St, Ste 210<br>Winston-Salem, NC 27101 | Sunrise Technologies<br>Tel: 336-722-6741<br>Email: Jared.Church@sunrise.co | Trade Debts | | | | $73,757.75 |
| 10  Dimensional Innovations<br>3421 Merriam Ln<br>Overland Park, KS 66203 | Dimensional Innovations<br>Tel: 913-384-3488<br>Email: Mcook@dimin.com | Trade Debts | | | | $73,203.40 |
| 11  Pine Belt<br>16 Keystone Dr<br>Hattiesburg, MS 39402 | Pine Belt<br>Tel: 601-264-7276<br>Email: seanworkman@pinebeltforest.com | Trade Debts | | | | $66,417.62 |
| 12  GF Hardwood<br>9880 Clay County Hwy<br>Moss, TN 38575 | GF Hardwood<br>Tel: 931-258-3944<br>Email: tg.gfh@twlakes.com | Trade Debts | | | | $30,450.86 |
| 13  Northern Contours, Inc<br>409 S Robert St<br>Fergus Falls, MN 56537 | Northern Contours, Inc<br>Tel: 218-998-1705<br>Email: nhewitt@northerncontours.com | Trade Debts | | | | $26,304.21 |

**Debtor name**  VIP Cinema Holdings, Inc.         **Case No. (If known)** 20-10345

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Feilitech US LLC<br>1279 County Rd 681<br>Saltillo, MS 38866 | Feilitech US LLC<br>Tel: 662-891-6620<br>Email: Lthomas@feili-us.com | Trade Debts | | | | $25,856.73 |
| 15  Raffel Systems/BJ Sales<br>N112W14600 Mequon Rd<br>Germantown, WI 53022 | Raffel Systems/BJ Sales<br>Tel: 262-502-1011<br>Email: Kkainer@raffel.com | Trade Debts | | | | $22,845.86 |
| 16  Abby Manufacturing<br>501 Pulliam Rd<br>Walnut, MS 38683 | Abby Manufacturing<br>Tel: 662-223-5339<br>Fax: 662-223-5340 | Trade Debts | | | | $18,618.60 |
| 17  Whitaker Sales, Inc<br>119 Midway Dr<br>Verona, MS 38879 | Whitaker Sales, Inc<br>Tel: 662-566-7100<br>Email: dwilson@whitakersales.com | Trade Debts | | | | $18,077.86 |
| 18  Packsize, LLC<br>29575 Network Pl<br>Chicago, IL 60673-1295 | Packsize, LLC<br>Tel: 801-944-4814<br>Fax: 801-944-4815<br>Email: accountinghelp-us@packsize.com | Trade Debts | | | | $17,532.73 |
| 19  Omni Logistics<br>921 W Bethel Rd, Bldg 200, Ste 201<br>Coppell, TX 75019 | Omni Logistics<br>Tel: 817-410-9225<br>Fax: 775-659-1964 | Trade Debts | | | | $17,175.00 |
| 20  Norbord Inc<br>1 Toronto Way<br>Guntown, MS 38849 | Norbord Inc<br>Tel: 416-365-0705<br>Fax: 416-777-4407 | Trade Debts | | | | $16,531.20 |

**Debtor name** VIP Cinema Holdings, Inc.     **Case No. (If known)** 20-10345

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 21  Quality Fibers, Inc<br>858 Mitchell Rd<br>Tupelo, MS 38801 | Quality Fibers, Inc<br>Tel: 662-620-7775<br>Fax: 662-620-7717 | Trade Debts | | | | $16,278.78 |
| 22  Southern Fastening Systems, Inc<br>330 S Church St<br>Tupelo, MS 38801 | Southern Fastening Systems, Inc<br>Tel: 256-381-3628<br>Email: Mnoles@southerncarlson.com | Trade Debts | | | | $16,134.03 |
| 23  Handy Kenlin Group<br>29 E Hintz Rd<br>Wheeling, IL 60090 | Handy Kenlin Group<br>Tel: 847-459-0900<br>Email: Jwind@handykenlin.com | Trade Debts | | | | $14,821.21 |
| 24  Gen Pac, Inc<br>334 Whitaker Dr<br>Tupelo, MS 38804 | Gen Pac, Inc<br>Tel: 662-840-7201<br>Email: shannon@genpac.net | Trade Debts | | | | $14,652.60 |
| 25  Innovative Operational Solutions, Inc<br>12038 E Mercer Ln<br>Scottsdale, AZ 85259 | Innovative Operational Solutions, Inc<br>Tel: 602-918-0126<br>Email: smercier@vipcinemaseating.com | Professional Services | | | | $12,500.00 |
| 26  Gallagher Benefit Services, Inc<br>2850 W Golf Rd, 5th Fl<br>Rolling Meadows, IL 60008 | Gallagher Benefit Services, Inc<br>Tel: 212-918-9684<br>Email: Matthew_Gold@ajg.com | Trade Debts | | | | $11,500.00 |
| 27  Great Southern Industries, Inc<br>1320 Boling St<br>Jackson, MS 39209 | Great Southern Industries, Inc<br>Tel: 601-948-5700<br>Email: Mstone@gsibox.com | Trade Debts | | | | $9,244.60 |

**Debtor name** VIP Cinema Holdings, Inc.   **Case No. (If known)** 20-10345

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 28  Maco Logistics<br>790 4th St<br>Memphis, TN 38126 | Maco Logistics<br>Tel: 901-775-3500<br>Email: sharrison@macotransportation.com | Trade Debts | | | | $9,065.00 |
| 29  UFI Royal Development<br>c/o United Furniture<br>325 Kettering Rd<br>High Point, NC 27263 | UFI Royal Development<br>Tel: 336-889-2569<br>Email: bmcamis@ufifurniture.com | Trade Debts | | | | $7,182.50 |
| 30  Lippert Components, Inc<br>3501 County Rd 6 E<br>Elkhart, IN 46514-7663 | Lippert Components, Inc<br>Tel: 574-293-3101<br>Email: sduchon@lci.com | Trade Debts | | | | $7,176.00 |