**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>VIP CINEMA HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10345 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 9, 2020 AT 11:30 A.M. (ET)[2]**

**I. MATTERS GOING FORWARD**

1. Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (III) Redact Certain Personally Identifiable Information for Individual Creditors and Interest Holders and (B) Granting Related Relief [Filing Date: 2/18/20; D.I. 4]

   Related Documents:

   a. Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24]; and

   b. Order (A) Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (III) Redact Certain Personally Identifiable Information for Individual Creditors and Interest Holders and (B) Granting Related Relief [Date Entered: 2/20/20; D.I. 78].

---

[1] The Debtors in these chapter 11 cases, for which joint administration has been requested, along with the last four digits of their federal tax identification numbers, are as follows: VIP Cinema Holdings, Inc. (2049); HIG Cinema Intermediate Holdings, Inc. (4710); VIP Components, LLC (4648); VIP Cinema, LLC (7167); and VIP Property Management II, LLC (1421).

[2] Please note that the hearing is before the Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. Any person who wishes to appear must contact COURTCALL, LLC at 866-582-6878 no later than the start of the hearing.

Response Deadline: March 5, 2020 at 4:00 p.m. (ET)

Response Received:

a. Informal comments from the U.S. Trustee.

Status: This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

2. Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (B) Granting Related Relief Filed [Filing Date: 2/18/20; D.I. 6]

   Related Documents:

   a. Notice of Hearing Regarding Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (B) Granting Related Relief Filed [Date Entered: 2/21/20; D.I. 91]

   Response Deadline: March 5, 2020 at 4:00 p.m. (ET)

   Response Received:

   a. Informal comments from the U.S. Trustee received on February 28, 2020.

   Status: This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

3. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Maintain Existing Business Forms and Books and Records, and (III) Perform Intercompany Transactions and Granting Administrative Expense Status to Intercompany Payments and (B) Granting Related Relief [Filing Date: 2/18/20; D.I. 7]

   Related Documents:

   a. Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

   b. Interim Order (A) Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Maintain Existing Business Forms and Books and Records, and (III) Perform Intercompany Transactions and Granting Administrative Expense Status; and (B) Granting Related Relief [Date Entered: 2/20/20; D.I. 77]; and

    c. Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88].

Response Deadline:     March 5, 2020 at 4:00 p.m. (ET)

Responses Received:

    a. Informal comments from the U.S. Trustee received on February 18, 2020.

Status:     This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

4. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Prepetition Wages, Compensation, and Benefit Obligations and (II) Continue Employee Compensation and Benefits Programs and (B) Granting Related Relief [Filing Date: 2/18/20; D.I. 8]

Related Documents:

    a. Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

    b. Interim Order (A) Authorizing the Debtors to (I) Pay Prepetition Wages, Compensation, and Benefit Obligations and (II) Continue Employee Compensation and Benefits Programs and (B) Granting Related Relief [Date Entered: 2/20/20; D.I. 75]; and

    c. Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88].

Response Deadline:     March 5, 2020 at 4:00 p.m. (ET)

Responses Received:

    a. Informal comments from the U.S. Trustee received on February 18, 2020.

Status:     This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

5.  Debtors' Motion for Entry of Interim and Final Orders (A) (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (B) Granting Related Relief [Filing Date: 2/18/20; D.I. 9]

    Related Documents:

    a.  Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

    b.  Interim Order (A) (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (B) Granting Related Relief [Date Entered: 2/20/20; D.I. 84]; and

    c.  Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88].

    Response Deadline:    March 5, 2020 at 4:00 p.m. (ET)

    Responses Received:

    a.  Informal comments from the U.S. Trustee received on February 18, 2020; and

    b.  Informal comments from Waste Management and Waste Management of St. Louis received on February 25, 2020.

    Status:    This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

6.  Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Honor Certain Prepetition Obligations to Customers and (II) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (B) Granting Related Relief [Filing Date: 2/18/20; D.I. 10]

    Related Documents:

    a.  Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

    b.   Interim Order (A) Authorizing the Debtors to (I) Honor Certain Prepetition Obligations to Customers and (II) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (B) Granting Related Relief [Date Entered: 2/20/20; D.I. 83]; and

    c.   Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88].

Response Deadline:   March 5, 2020 at 4:00 p.m. (ET)

Responses Received:

    a.   Informal comments from the U.S. Trustee received on February 18, 2020.

Status:   This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

7.   Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Payment of Certain Prepetition Taxes and Fees and (B) Granting Related Relief [Filing Date: 2/18/20; D.I. 11]

Related Documents:

    a.   Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

    b.   Interim Order (A) Authorizing the Payment of Certain Prepetition Taxes and Fees and (B) Granting Related Relief [Date Entered: 2/20/20; D.I. 76]; and

    c.   Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88].

Response Deadline:   March 5, 2020 at 4:00 p.m. (ET)

Responses Received:

    a.   Informal comments from the U.S. Trustee received on February 18, 2020.

Status:   This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

8. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, and (II) Renew, Supplement, or Purchase Insurance Policies; and (B) Granting Related Relief [Filing Date: 2/18/20; D.I. 12]

   Related Documents:

   a. Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

   b. Interim Order (A) Authorizing the Debtors to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, and (II) Renew, Supplement, or Purchase Insurance Policies; and (B) Granting Related Relief [Date Entered: 2/20/20; D.I. 82]; and

   c. Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88].

   Response Deadline:    March 5, 2020 at 4:00 p.m. (ET)

   Responses Received:

   a. Informal comments from the U.S. Trustee received on February 18, 2020.

   Status:    This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Lien Claimants; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Filing Date: 2/18/20; D.I. 13]

   Related Documents:

   a. Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

   b. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Lien Claimants; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Dated Entered: 2/20/20; D.I. 81];

   c. Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88]; and

    d.  Notice of Payments Made Pursuant to Interim Orders Authorizing Debtors to Pay Certain Prepetition (A) Lien Claims, (B) 503(B)(9) Claims, (C) Critical Vendor Claims, and (D) Foreign Vendor Claims [Filing Date: 3/5/20; D.I. 105].

Response Deadline:    March 5, 2020 at 4:00 p.m. (ET)

Responses Received:

    a.  Informal comments from U.S. Trustee received on February 18, 2020.

Status:    This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

10.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Claims Arising from the Delivery or Receipt of Goods, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Filing Date: 2/18/20; D.I. 14]

Related Documents:

    a.  Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

    b.  Interim Order (I) Authorizing the Debtors to Pay Claims Arising from the Delivery or Receipt of Goods, (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Date Entered: 2/20/20; D.I. 80];

    c.  Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88]; and

    d.  Notice of Payments Made Pursuant to Interim Orders Authorizing Debtors to Pay Certain Prepetition (A) Lien Claims, (B) 503(B)(9) Claims, (C) Critical Vendor Claims, and (D) Foreign Vendor Claims [Filing Date: 3/5/20; D.I. 105].

Response Deadline:    March 5, 2020 at 4:00 p.m. (ET)

Responses Received:

    a.  Informal comments from the U.S. Trustee received on February 18, 2020.

    Status:    This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Foreign Vendors and Critical Vendors and Service Providers; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Filing Date: 2/18/20; D.I. 15]

    Related Documents:

    a. Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

    b. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Service Providers; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Date Entered: 2/20/20; D.I. 85];

    c. Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88]; and

    d. Notice of Payments Made Pursuant to Interim Orders Authorizing Debtors to Pay Certain Prepetition (A) Lien Claims, (B) 503(B)(9) Claims, (C) Critical Vendor Claims, and (D) Foreign Vendor Claims [Filing Date: 3/5/20; D.I. 105].

    Response Deadline:    March 5, 2020 at 4:00 p.m. (ET).

    Responses Received:

    a. Informal comments from the U.S. Trustee received on February 18, 2020.

    Status:    This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

12. Motion of the Debtors for (A) Authorization to (I) Obtain Postpetition Financing, (II) Use Cash Collateral, (III) Grant Liens and Provide Superpriority Administrative Expense Status, (IV) Grant Adequate Protection, (V) Modify the Automatic Stay, and (VI) Schedule a Final Hearing; and (B) Related Relief [Filing Date: 2/18/20; D.I. 16]

Related Documents:

a. Declaration of Stephen Spitzer, Chief Restructuring Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions [Filing Date: 2/18/20; D.I. 24];

b. [SEALED] Notice of Filing of Confidential Fee Letter Related to the DIP Facility [Filing Date: 2/18/20; D.I. 17];

c. Declaration of Lloyd A. Sprung in Support of Motion of Debtors for (A) Authorization to (I) Obtain Postpetition Financing, (II) Use Cash Collateral, (III) Grant Liens and Provide Superpriority Administrative Expense Status, (IV) Grant Adequate Protection, (V) Modify the Automatic Stay and (VI) Schedule a Final Hearing; and (B) Related Relief [Filing Date: 2/18/20; D.I. 18];

d. Declaration of Stephen Spitzer in Support of Motion of Debtors for (A) Authorization to (I) Obtain Postpetition Financing, (II) Use Cash Collateral, (III) Grant Liens and Provide Superpriority Administrative Expense Status, (IV) Grant Adequate Protection, (V) Modify the Automatic Stay and (VI) Schedule a Final Hearing; and (B) Related Relief [Filing Date: 2/18/20; D.I. 19];

e. Notice of Filing of Redacted Version of Confidential Fee Letter Related to the DIP Facility [Filing Date: 2/19/20; D.I. 56];

f. Interim Order (A) Authorizing the Debtors to (I) Obtain Postpetition Financing, (II) Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing; and (B) Granting Related Relief [Date Entered: 2/20/20; D.I. 71];

g. Order Authorizing the Debtors to File Under Seal Certain Portions of the Fee Letter Related to the DIP Facility [Date Entered: 2/20/20; D.I. 79];

h. Notice of Entry of Interim Orders and Second Day Hearing [Filing Date: 2/20/20; D.I. 88]; and

i. Notice of Filing of *Proposed* Final Order (A) Authorizing the Debtors to (I) Obtain Postpetition Financing, (II) Use Cash Collateral, (III) Grant Liens and Provide Superpriority Administrative Expense Status, (IV) Grant Adequate Protection to the Prepetition Secured Parties, and (V) Modify the Automatic Stay; and (B) Granting Related Relief [Filing Date: 3/4/20; D.I. 103]

Response Deadline:    March 5, 2020 at 4:00 p.m. (ET)

Responses Received:

a. Informal comments from the U.S. Trustee received on February 19, 2020.

Status: This matter is going forward. The Debtors do not anticipate the presentation of live witnesses.

Dated: March 5, 2020
Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Erin R. Fay (No. 5268)
Daniel N. Brogan (No. 5723)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
dbrogan@bayardlaw.com
gflasser@bayardlaw.com

- and -

ROPES & GRAY LLP
Gregg M. Galardi (No. 2991)
Cristine Pirro Schwarzman (*admitted pro hac vice*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: gregg.galardi@ropesgray.com
cristine.schwarzman@ropesgray.com

*Proposed Counsel for the Debtors and Debtors in Possession*